Guy T. HELVERING, Commissioner, etc., Petitioner, v. IGNATIUS C. MUCKERMAN TRUST et al.

No. 10199.

Circuit Court of Appeals, Eighth Circuit.
Dec. 14, 1934.

Frank J. Wideman, Asst. Atty. Gen., for petitioner.

Arnold Just, of St. Louis, Mo., for respondent.

PER CURIAM.

Petition to review docketed and dismissed, without costs to either party in this court, on motion of petitioner.

■

Guy T. HELVERING, Commissioner of Internal Revenue, Appellant, v. CENTRAL STATES ELECTRIC CORPORATION, Appellee.

No. 284.

Circuit Court of Appeals, Second Circuit.
April 1, 1935.

Frank J. Wideman, Asst. Atty. Gen., and J. Louis Monarch and Arnold Raum, Sp. Assts. to Atty. Gen., for appellant.

Edward H. Green and Norris Darrell, both of New York City (Sullivan & Cromwell, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of Helvering v. Union Public Service Co. (C. C. A. 8) 75 F.(2d) 723, November term, 1934, Helvering v. California Oregon Power Co. (App. D. C.) 75 F.(2d) 644, January 7, 1935, and San Joaquin L. & P. Corporation v. McLaughlin (C. C. A.) 65 F.(2d) 677.

■

Thomas HENDRICKS, Administrator, etc., et al., Appellants, v. UNITED STATES of America.

No. 9777.

Circuit Court of Appeals, Eighth Circuit.
April 22, 1935.

Charles Frierson, Jr., and Charles D. Frierson, both of Jonesboro, Ark., for appellants.

Fred A. Isgrig, U. S. Atty., and G. W. Hendricks, Sp. Asst. U. S. Atty., both of Little Rock, Ark., for the United States.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of appellants, for the reason that the parties have stipulated to settle the case by compromise agreeable to all parties, etc.